UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA EMPLOYEE SERVICES, INC., <br> Plaintiff, <br> v. <br> THE JOHN STEWART COMPANY, et al., <br> Defendants. | Case No. 18-cv-03139-VC <br><br> **ORDER DENYING MOTION FOR ENTRY OF 54(B) JUDGMENT** <br> Re: Dkt. No. 59 |

MGA Employee Services's request for entry of partial final judgment against Westbrook Housing Partners is denied, because Westbrook and The John Stewart Company are similarly situated. *See In re First T.D. & Investment Inc.*, 253 F.3d 520, 532 (9th Cir. 2001); Dkt. No. 16 at 5 ("Westbrook and [The John Stewart Company] are therefore jointly and severally liable for the harm caused by the breach of the Agreement."). The Court trusts that the parties will figure out a less convoluted way to reach final resolution of this case before the October 7 pretrial conference, but they are warned that the pretrial conference and trial date will not be continued to allow them to continue spinning their wheels attempting to do so.

**IT IS SO ORDERED.**

Dated: July 5, 2019

VINCE CHHABRIA
United States District Judge